AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

LEA McCASTLE,

        Plaintiff,

v.

DIRECT RECOVERY SERVICES, LLC,

        Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:22-cv-00613-APG-DJA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is in favor of plaintiff Lea McCastle and against defendant Direct Recovery Services, LLC in the amount of $9,750.00 ($3,000.00 in damages and $6,750.00 in attorney's fees).

| 11/1/2022 | DEBRA K. KEMPI |
|---|---|
| Date | Clerk |

        /s/ Y. Williams

Deputy Clerk